399

**No. 47480.**—Protests 868728–G, etc., of DeBoer & Livingston (New York).

Opinion by OLIVER, P. J. It was stipulated that the atomizers in question are the same in all material respects as those the subject of Abstract 44140. In accordance therewith the claim at 60 percent under paragraph 218 (f) was sustained.

**No. 47481.**—Protest 84632–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel 57 percent of Lyofix DEC pat., 34 percent of Ultravon WC pat., 41 percent of Albatex POC pat., 51 percent of Sapamine FLC pat., and 45 percent of Ultravon KC pat., were held taxable at 3 cents per pound under section 701, Revenue Act of 1936, as claimed.

**No. 47482.**—Protest 84631–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel 34 percent of Ultravon WC pat., and 51 percent of Sapamine FLC pat., were held taxable at 3 cents per pound under section 701, Revenue Act of 1936, as claimed.

**No. 47483.**—Protest 33676–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel 29 percent of Silvatol I, and 57 percent of Lyofix DEC pat., were held taxable at 3 cents per pound under section 701, Revenue Act of 1936, as claimed.

**No. 47484.**—Protest 33365–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel 41 percent of Albatex POC pat., and 53 percent of Sapamine KWC pat., were held taxable at 3 cents per pound under section 701, Revenue Act of 1936, as claimed.

**No. 47485.**—Protest 32146–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel 57 percent of Preparation 6640 Conc. pat., and 41 percent of Albatex POC pat., were held taxable at 3 cents per pound under section 701, Revenue Act of 1936, as claimed.

**No. 47486.**—Protest 26894–G of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel 41 percent of Albatex POC pat., and 29 percent of Silvatol I were held taxable at 3 cents per pound under section 701, Revenue Act of 1936, as claimed.